IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
Wheeling

**LARRY RAIFSNIDER,**

        Plaintiff,

v.                                **Civil Action No. 5:23-CV-132**
                                      Judge Bailey

**WARDEN S. LOVETT,** Warden,
U.S.P. Hazelton, **U.S. OFFICE OF
INSPECTOR GENERAL,** and
**FEDERAL BUREAU OF PRISONS,**
Central Office,

        Defendants.

## ORDER DISMISSING CASE FOR FAILURE TO PROSECUTE

On February 17, 2023, plaintiff initiated this case by filing a Complaint under ***Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics***, 403 U.S. 388 (1971) in the District Court for the Southern District of West Virginia. Because plaintiff's allegations arose during his confinement at FCI Hazelton in Bruceton Mills, West Virginia, the case was transferred to this Court on April 7, 2023. Because plaintiff's Complaint was not on the court-approved form, the Clerk issued plaintiff a Notice of Deficient Pleading and Intent to Dismiss, informing him he must re-file his Complaint on the approved form within thirty days. Service of the Notice was accepted on April 10, 2023.

To date, plaintiff has not complied with the Notice of Deficient Pleading, nor has he requested an extension of time to do so.

Accordingly, it is hereby **ORDERED** that this case be **DISMISSED WITHOUT PREJUDICE** for failure to prosecute. The Clerk is directed to **STRIKE** this matter from the active docket of this Court.

1

The Clerk is **DIRECTED** to mail a copy of this Order to the plaintiff by certified mail, return receipt requested, to his last known address as reflected on the docket sheet.

DATED: May 18, 2023.

JOHN PRESTON BAILEY
UNITED STATES DISTRICT JUDGE